IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CARL ISAIAH FORD, JR., <br><br> Petitioner <br><br> VS. <br><br> HERMAN JOHNSON, Warden, <br><br> Respondent | **NO. 5: 05-CV-218 (WDO)** <br><br> PROCEEDINGS UNDER 28 U.S.C. § 2254 <br> BEFORE THE U.S. MAGISTRATE JUDGE |

## RECOMMENDATION OF DISMISSAL

On December 16, 2005 the respondent in the above-captioned case filed a MOTION TO DISMISS AS UNTIMELY AND/OR FOR LACK OF EXHAUSTION. Tab #7. Thereafter, on December 28, 2005, the undersigned advised petitioner of said motion and his duty to respond properly thereto. Petitioner was further advised that failure to respond within twenty (20) days would result in a recommendation of dismissal. Tab #11. The petitioner has failed to respond to the court's order.

Accordingly, IT IS RECOMMENDED that the petitioner's petition for a writ of habeas corpus be **DISMISSED** for failure to respond to the court's order. Further, IT IS RECOMMENDED that the respondent's MOTION TO DISMISS AS UNTIMELY AND/OR FOR LACK OF EXHAUSTION (Tab #7) be **GRANTED** as **UNCONTESTED**. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof. The clerk is directed to serve the plaintiff with a copy of this recommendation by mailing it to the **LAST ADDRESS** provided by him.

SO RECOMMENDED, this 10th day of FEBRUARY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE