# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**CARL ISAIAH FORD, JR.,** :
:
   **Plaintiff** :
:
      **v.** :    **5:05-CV-218 (WDO)**
:
**HERMAN JOHNSON, Warden,** :
:
   **Defendant** :

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to dismiss this habeas petition for failure to respond to the motion to dismiss and to grant the motion to dismiss. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

    **SO ORDERED this 16th day of March 2006.**

    **S/**
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**